UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.
CASE/CITATION NO. 2:06-mj-164 KJM

Amelia Plessinger

ORDER TO PAY

SOCIAL SECURITY #: 538846156
DATE OF BIRTH: 01-18-80
DRIVER'S LICENSE #: CDL# D8697374
ADDRESS: 4315 E Garryana DR
Beale AFB, CA 95903
City          STATE          ZIP CODE

FILED
JUL 27 2006
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 27 July 06          Amelia Roberts
                          DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ 50  weeks  and a penalty assessment of $ 5  for a TOTAL AMOUNT OF: $ 55  within  2  days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CLERK, USDC                    CLERK, USDC                   CLERK, USDC
CENTRAL VIOLATIONS BUREAU      1130 O STREET, RM 5000        650 CAPITOL MALL, RM 2546
POST OFFICE BOX 105650         FRESNO, CA 93721              SACRAMENTO, CA 95814
ATLANTA, GA 30348-5650

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 7-27-06          KJM
                       U. S. MAGISTRATE JUDGE

Clerk's Office